## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KATHRYN J. WUNDERLY, EXECUTRIX OF THE ESTATE OF KENNETH E. WUNDERLY, DECEASED,

Petitioner

v.

SAINT LUKE'S HOSPITAL OF BETHLEHEM, PENNSYLVANIA D/B/A ST. LUKE'S HOSPITAL - SACRED HEART CAMPUS AND ST. LUKE'S HEALTH NETWORK, INC. D/B/A ST. LUKE'S UNIVERSITY HEALTH NETWORK AND ABOVE AND BEYOND INCORPORATED D/B/A ABOVE & BEYOND MOUNTAIN VIEW,

Respondents

:  No. 369 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

**AND NOW**, this 27th day of December 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by Petitioner, is:

> Did the Superior Court err in affirming the [t]rial [c]ourt's grant of judgment on the pleadings in favor of St. Luke's [d]efendants because the immunity provisions of the Mental Health Procedures Act do not apply to [Petitioner]'s claims?